IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC d/b/a BALFOUR BEATTY COMMUNITIES, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 120-009 |
| JANINA DANIEL, | * * | |
| Defendant. | * | |

## O R D E R

Before the Court is Plaintiff Fort Gordon Housing, LLC's Notice of Voluntary Dismissal. (Doc. 6.) Because Defendant Janina Daniel has neither answered the complaint nor moved for summary judgment, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 16th day of March, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA